UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

           Plaintiff,

  v.

JAQUELINE GATTENBY,

           Defendant.

Case No. MJ13-526

**DETENTION ORDER**

Offense charged:

    Probation Violation - District of Alaska.

Date of Detention Hearing: October 30, 2013.

The Court conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention below finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant allegedly violated her probation by failing to return to the District of Alaska and essentially breaking contact with her probation officer. Her conduct indicates she is a high risk to flee, and not amenable to conditions of release. She agreed to return to her home district

DETENTION ORDER - 1

and allegedly broke that agreement without any discussion with her probation officer. Moreover, she also broke contact with her probation officer and essentially absconded from supervision.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of November, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2